NUMBER 13-07-618-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

SWANN RENEE JOHNSON

 A/K/A SWANN RENEE HILL, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 252nd District Court of Jefferson County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela 


Memorandum Opinion Per Curiam



 Appellant, Swann Renee Johnson a/k/a Swann Renee Hill, by and through her 
attorney, has filed a motion to dismiss her appeal because she no longer desires to
prosecute it. See Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we
grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and
dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 19th day of June, 2008.